# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LEVORY W. HICKMON, SR.,**

        **Plaintiff,**

-vs-                                                          **Case No. 6:06-cv-656-Orl-28DAB**

**ERIC ALPERT, CHIEF SUPERVISORY SPECIAL AGENT FOR THE FEDERAL BUREAU OF INVESTIGATIONS, ET AL,**

        **Defendant.**

## ORDER

This case is before the Court on Motin to Proceed *In Forma Pauperis* (Doc. No. 2) filed May 15, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied and that the case be dismissed with prejudice.

After an independent *de novo* review of the record in this matter, and considering hte objection filed (Doc. No. 6), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed May 22, 2006 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. The Motion to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED** and this case is **DISMISSED with prejudice.**

DONE and ORDERED in Chambers, Orlando, Florida this \_\_6^\_\_ day of June, 2006.

*[signature]*

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party