UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEVORY W. HICKMON, SR.,

        Plaintiff,

-vs-                                      Case No. 6:06-cv-656-Orl-28DAB

ERIC ALPERT, CHIEF SUPERVISORY
SPECIAL AGENT FOR THE FEDERAL
BUREAU OF INVESTIGATIONS, ET AL,

        Defendant.

## ORDER

This case is before the Court on Motion For Leave to Appeal in Forma Pauperis (Doc. No. 12) filed June 12, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and considering the objection filed by Plaintiff, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 19, 2006 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    This Court certifies that Plaintiff's appeal is not taken in good faith and his Motion For Leave to Appeal in Forma Pauperis (Doc. No. 12) is therefore **DENIED**.

   **DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_8\_\_\_ day of August, 2006.

                            JOHN ANTOON II
                            United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party