# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LEVORY W. HICKMON, SR.,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　Case No.  6:06-cv-656-Orl-28DAB

**ERIC ALPERT, CHIEF SUPERVISORY
SPECIAL AGENT FOR THE FEDERAL
BUREAU OF INVESTIGATIONS, ET AL,**

      **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**　**MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 27)**
>
> **FILED:**　　December 17, 2012
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

    Upon an affidavit of indigency, any court of the United States may authorize a party to proceed in forma pauperis. 28 U.S.C. § 1915(a) (1996). However, "an appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). The good faith standard is an objective standard. *See Coppedge v. United States*, 369 U.S. 438, 445, 82 S.Ct. 917, 921, 8 L.Ed.2d 21 (1962). An appeal is not taken in good faith if the issue presented is frivolous. *Id.* Here, Plaintiff seeks to appeal an Order denying his motion, filed years after the case was closed, to amend his Complaint and reassert the same cause of action long since

dismissed. As recognized by the District Judge in this suit (Doc. 19), by prior judges in earlier suits brought by this Plaintiff purporting to state the same cause of action (*see* Doc. 3), and by the Eleventh Circuit in denying an earlier motion for leave to appeal (Doc. 16), Plaintiff's position is without merit and is therefore frivolous.

It is respectfully recommended that the District Court certify that the appeal is not taken in good faith, and deny the motion.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 19, 2012.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy