# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LEVORY W. HICKMON, SR.,**

      **Plaintiff,**

-vs-                                            **Case No. 6:06-cv-656-Orl-28DAB**

**ERIC ALPERT, CHIEF SUPERVISORY**
**SPECIAL AGENT FOR THE FEDERAL**
**BUREAU OF INVESTIGATIONS, ET AL,**

      **Defendants.**
_____

## ORDER

This case is before the Court on Plaintiff's Motion for Leave to Appeal In Forma Pauperis (Doc. No. 27) filed December 17, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 19, 2012 (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court certifies that any appeal asserted by Plaintiff is not taken in good faith.

3. Plaintiff's Motion for Leave to Appeal In Forma Pauperis (Doc. No. 27) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 8th day of January, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party